USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1390 PAUL W. TUNNICLIFF, Appellant, v. DENIS MORIARTY, JR., Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Michael A. Ponsor, U.S. District Judge] ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ____________________ Philip M. Stone on brief for appellant. Paul  M.  Cranston and Cranston  &  Cranston,  P.C. on brief for appellee. ____________________ September 25, 1997 ____________________ Per Curiam . We have carefully reviewed the parties' briefs and the record on appeal. We affirm on grounds that appellee Moriarty neither wilfully violated the stay nor caused appellant Tunnicliff's injuries. Affirmed. Loc. R. 27.1.  The request in Appellee's brief for costs is denied insofar as it arises under Fed. R. App. P. 38. Appellee may be awarded costs under Fed. R. App. P. 39 by complying with the procedures stated therein. -2-